**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————

No. 97-2316

———————

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Southern District of Iowa. |
| Robert Eugene Hobbs, | * |
| | *     [UNPUBLISHED] |
| Appellant. | * |

———————

Submitted: April 17, 1998
Filed: May 6, 1998

———————

Before BEAM, JOHN R. GIBSON, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

———————

PER CURIAM.

Robert Eugene Hobbs was convicted of conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 846, after the district court[1] denied his motion to suppress the fruits of a search of his home, which Hobbs claimed was not properly knocked and announced. On appeal, he contends that the court erred in discrediting his testimony and accepting the government's version of the facts. He also

———————————————

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

challenges his sentence of 160 months' imprisonment, asserting error in the sentencing court's[2] application of the guidelines. Having carefully considered the arguments set forth in the parties' briefs, we conclude that the district court did not err. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

    A true copy.

        ATTEST:

            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Charles R. Wolle, Chief United States District Judge for the Southern District of Iowa.